UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVON MIGUEL, | Case No. 2:18-cv-00744-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| BYRNES, *et al.*, | |
| Defendants. | |

According to the inmate database, Plaintiff is no longer incarcerated at Southern Desert Correctional Center, and Plaintiff has not filed an updated address notification with the Court informing the Court of his current address. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." It is not the Court's obligation to track down Plaintiff's most recent address. This Court grants Plaintiff until **March 7, 2019**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **March 7, 2019**, the Court will dismiss this action with prejudice.

DATED: February 5, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE